AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Copeland, Elizabeth A. | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>07/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Tax Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Suite 223
Washington, D.C. 20217

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Strasburger & Price, LLP (withdrew on 10/10/18 prior to taking the bench) |
| 2. | Large Section Representative to the Board | State Bar of Texas (no reportable assets) |
| 3. | Co-Chair Pro Bono Subcommittee | SBOT Tax Section (ended June 2018, no reportable assets) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Strasburger & Price, LLP, payment of partner capital account balance and distrubutions for legal services rendered prior to taking the bench |
| 2. | 2012 | Strasburger & Price, LLP 401k retirement savings plan administered by Wells Fargo |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Strasburger & Price, LLP, Partner Distribution through 10/10/18 | $229,335.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Harland Clarke Corp. Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Diana Geis, Katy David, Carol Jendrzey, Suzanne Oliva, Patricia Quintana Perron, Nancy Ozuna | Reception & gift of glass candy bowl from female friends celebrating my investiture | $550.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Federal Savings Bank--Cash Accounts | A | Interest | M | T | | | | | |
| 2. USAA Agressive Growth Portfolio 529 Plan | A | Int./Div. | K | T | | | | | |
| 3. Jefferson State Bank--cash account | A | Interest | | | Closed | 09/27/18 | L | A | |
| 4. IBC Bank--cash accounts | A | Interest | | | Closed | 06/11/18 | J | A | |
| 5. 401K #1 | | | | | | | | | |
| 6. --American Funds Trg Date 2030 R6 (RFETX) | E | Int./Div. | O | T | | | | | |
| 7. --Delaware Small Cap Fund Instl (DEVIX) | A | Int./Div. | J | T | | | | | |
| 8. --Goldman Sachs Growth Opp 1 (GGOIX) | A | Int./Div. | J | T | | | | | |
| 9. --Dodge & Cox International Stock Fd (DODFX) | B | Int./Div. | J | T | | | | | |
| 10. IRA #1 | | | | | | | | | |
| 11. --Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 12. --Coca Cola Co. (KO) | A | Dividend | J | T | | | | | |
| 13. --Wilhelmina Int'l (WHLM) | | None | J | T | | | | | |
| 14. --American New Perspective A (ANWPX) | A | Int./Div. | K | T | | | | | |
| 15. IRA #2 | | | | | | | | | |
| 16. --American Funds American Balanced Fund A (ABALX) | C | Int./Div. | K | T | | | | | |
| 17. --American Funds Euro Pacific Growth Fund A (AEPGX) | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Funds Fundamental Investors A (ANCFX) | A | Int./Div. | J | T | | | | | |
| 19. --American Funds The Growth Fund of America A (AGTHX) | C | Int./Div. | K | T | | | | | |
| 20. --American Funds Washington Mutual Investors Fund A (AWSHX) | C | Int./Div. | L | T | | | | | |
| 21. IRA #3 | | | | | | | | | |
| 22. --American Funds The Income Fund of America A (AMECX) | A | Int./Div. | J | T | | | | | |
| 23. --American Funds SMALLCAP World Fund A (SMCWX) | A | Int./Div. | J | T | | | | | |
| 24. IRS #4 Investco American Franchise Class C (VAFCX) | A | Int./Div. | J | T | | | | | |
| 25. Brokerage Account #1 | | | | | | | | | |
| 26. --American Funds The Bond Fund of America A (ABNDX) | A | Dividend | J | T | | | | | |
| 27. --American Funds Capital World Growth and Income Fund A (CWGIX) | A | Dividend | J | T | | | | | |
| 28. --American Funds The Growth Fund of America A (AGTHX) | B | Dividend | J | T | | | | | |
| 29. --American Funds The New Economy Fund A (ANEFX) | C | Int./Div. | L | T | | | | | |
| 30. --American Funds SMALLCAP World FundA (SMCWX) | A | Dividend | J | T | | | | | |
| 31. --American Funds Washington Mutual Investors Fund A (AWSHX) | A | Dividend | J | T | | | | | |
| 32. Mony Life Insurance Whole Life Case Surrender Value | | None | L | T | | | | | |
| 33. Mony Flexible Premium Variable Life | | | | | | | | | |
| 34. --Mony EQ Mid Cap Value Managed Vol | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Mony EQ PIMCO Ultra Short Bond Fund | | None | J | T | | | | | |
| 36. --Mony VIP Contrafund Fund | | None | J | T | | | | | |
| 37. --Mony AXA LgCap Grow Managed Vol | | None | J | T | | | | | |
| 38. 401K#2 | | | | | | | | | |
| 39. --T Rowe Price Retirement 2030 (TRRCX) | A | Int./Div. | M | T | | | | | |
| 40. Coverdell Putnam Education Savings Accounts | A | Interest | J | T | | | | | |
| 41. USAA Age Based Option: Aggressive Growth Portfolio 529 Plan | A | Int./Div. | J | T | | | | | |
| 42. USAA Age Based Option: Conservative Portfolio 529 Plan | A | Int./Div. | J | T | | | | | |
| 43. USAA Age Based Option: Very Conservative 529 Plan | A | Int./Div. | K | T | | | | | |
| 44. Investment #1 | | | | | | | | | |
| 45. --USAA Money Market (USAXX) | A | Interest | J | T | | | | | |
| 46. --I Shares Core S&P Total US Stock Market (ITOT) | A | Int./Div. | J | T | | | | | |
| 47. --I Shares Core US Aggregate Bond ETF (AGG) | A | Int./Div. | J | T | | | | | |
| 48. --I Shares TR Core Total MSCI Total (IXUS) | A | Int./Div. | J | T | | | | | |
| 49. Investment #2 | | | | | | | | | |
| 50. --USAA Treasury Money Market (UATXX) | A | Interest | J | T | | | | | |
| 51. --USAA Cornerstone Aggressive FD Retail (UCAGX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Investment #3 | | | | | | | | | |
| 53. --USAA Money Market (USAXX) | A | Interest | J | T | | | | | |
| 54. --I Shares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | | | | | |
| 55. --I Shares Core US Aggregate Bond ETF (AGG) | A | Int./Div. | K | T | | | | | |
| 56. --I Shares TR Core Total MSCI Total (IXUS) | A | Int./Div. | J | T | | | | | |
| 57. Suntrust Bank-Cash Accounts | A | Interest | J | T | Open | 09/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Copeland**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544